598 A.2d 28

James BELL, Jr., Appellant,

v.

## WORKMEN'S COMPENSATION APPEAL BOARD (GATEWAY COAL COMPANY).

Supreme Court of Pennsylvania.

Argued Sept. 27, 1991.

Decided Oct. 30, 1991.

Eric P. Betzner, Yablonski, Costello, Leckie & Chaban, Lawrence B. Chaban, Washington, for appellant.

Raymond F. Keisling, Will, Keisling, Ganassi & McCloskey, Pittsburgh, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Case remanded to Commonwealth Court for consideration consistent with *Kusenko v. Republic Steel Corp.*, 506 Pa. 104, 484 A.2d 374 (1984), and *McCloskey v. Workmen's Compensation Appeal Board*, 501 Pa. 93, 460 A.2d 237 (1983).